UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAFAEL ELLISON,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 46, et al.,<br><br>Defendants. | CASE NO. 2:25-cv-00339-JHC<br><br>ORDER |

Before the Court are pro se Plaintiff's motion to file an overlength brief, Dkt. # 9, and motion for a temporary restraining order (TRO), Dkt. # 12.

The Court GRANTS the motion at Dkt. # 9 regarding the brief and will consider it in connection with Defendants' motion to dismiss at Dkt. # 7.  Defendants may file a reply in support of their motion to dismiss by April 16, 2025.

The Court DENIES the TRO motion at Dkt. # 12 for failure to present any legal basis for the request, including without limitation under Federal Rule of Civil Procedure 65(b).

/

/

ORDER - 1

Dated this 14th day of April, 2025.

                                                     John H. Chun  
                                                   United States District Judge

ORDER - 2