UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAFAEL ELLISON,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 46, et al.,<br><br>Defendants. | CASE NO. 2:25-cv-00339-JHC<br><br>ORDER |

This matter comes before the Court sua sponte. In a prior order, the Court GRANTED Local 46's Motion to Dismiss and dismissed all claims against it without prejudice. Dkt. # 16. The Court granted Plaintiff, who is self-represented, leave to file an amended complaint by Thursday, May 1, 2025. Plaintiff has not done so. Accordingly, Local 46 is DISMISSED from this matter without prejudice.

Dated this 2nd day of May, 2025.

John H. Chun
United States District Judge

ORDER - 1