UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAFAEL ELLISON, | CASE NO. 2:25-cv-00339-JHC |
| Plaintiff, | ORDER |
| v. | |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 46 et al., | |
| Defendants. | |

    This matter comes before the Court sua sponte. This lawsuit was commenced more than 90 days ago and it appears Plaintiff has failed to timely serve most Defendants. Dkt. # 1.

    Federal Rule of Civil Procedure 4 requires a plaintiff to serve the defendants with a summons and copy of the complaint. Fed. R. Civ. P. 4. This rule also sets forth the specific requirements for doing so. *Id.* Rule 4(m), which provides the timeframe in which service must be effectuated, states in pertinent part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

ORDER - 1

*Id.*

Plaintiff's Complaint was filed on February 21, 2025. Dkt. # 1. Thus, to comply with Rule 4(m), Defendants named in Plaintiff's Complaint needed to be served by May 12, 2025. Based on the record, the sole Defendant that has been served is IBEW Local 46. Dkt. # 5.

Accordingly, the Court ORDERS Plaintiff to SHOW CAUSE within seven (7) days of the date of this order why this action should not be dismissed for failure to comply with Rule 4(m). If Plaintiff does not file proof of proper service for a Defendant, the Court will dismiss the action without prejudice as to that Defendant.

Dated this 23rd day of May, 2025.

John H. Chun
United States District Judge

ORDER - 2