UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAFAEL ELLISON,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 46 et al.,<br><br>Defendants. | CASE NO. 2:25-cv-00339-JHC<br><br>ORDER |

This matter comes before the Court sua sponte. On May 23, 2025, the Court ordered Plaintiff to show cause within seven days why this action should not be dismissed for failure to comply with Rule 4(m). Dkt. # 19. More than seven days later, Plaintiff still does not appear to have served any Defendant.

Federal Rule of Civil Procedure 4 requires a plaintiff to serve the defendants with a summons and copy of the complaint. Fed. R. Civ. P. 4. This rule also sets forth the specific requirements for doing so. *Id.* Rule 4(m), which provides the timeframe in which service must be effectuated, states in pertinent part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action

ORDER - 1

without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

*Id.*

Plaintiff's Complaint was filed on February 21, 2025. Dkt. # 1. Thus, to comply with Rule 4(m), Defendants named in Plaintiff's Complaint needed to be served by May 12, 2025. Based on the record, the sole Defendant that has been served is IBEW Local 46. Dkt. # 5. And the claims against this Defendant have been dismissed without prejudice. Dkt. # 16.

Accordingly, the Court DISMISSES this action without prejudice as to the remaining Defendants: International Brotherhood of Electrical Workers (IBEW), National Electrical Contractors Association (NECA), Electrical Training Alliance (ETA), Kenneth W. Cooper, Tim Strickland, NTI (National Training Institute), IBEW International District 6 (Michigan Region), and IBEW International District 9 (Washington Region).

Dated this 3rd day of July, 2025.

John H. Chun
United States District Judge

ORDER - 2